# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

**IN RE:**

|  |  |
|---|---|
| **Corey L. Bryant** ) | **Case No.: 15-03262-dd** |
| **Vernetta Favor Bryant** ) | **Chapter 13** |
|  ) | **Statement of Change** |
| **Debtor,** ) |  |

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Schedules E/F,

1. Amended Schedule E/F          Amended Schedule E/F to add creditor, SC DEPT OF SOCIAL SERVICES

Date: March 24, 2017                     /s/ J. Steven Huggins
                                          Signature of Attorney

                                          /s/ J. Steven Huggins
                                          The Huggins Law Firm, PA
                                          PO Box 7547
                                          Columbia, SC 29202
                                          (803) 764-1558

                                          7089
                                          District Court I.D. Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

Corey L. Bryant  
Vernetta Favor Bryant

Debtor,

Case No.: **15-03262-dd**  
Chapter 13  
Statement of Change

THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING NOTICE OF AMENDED SCHEDULES E/F TO ALL INTERESTED PARTIES LISTED BELOW VIA REGULAR MAIL, POSTAGE PREPAID.

Pamela Simmons-Beasley, via (CM/ECF)  
Chapter 13 Trustee

Corey L. Bryant  
Vernetta Favor Bryant  
1013 Camp Creek Court  
Elgin, SC 29045

SEE ATTACHED LIST

Date: March 24, 2017

/s/ Christina Freeman  
Bankruptcy Paralegal  
The Huggins Law Firm, PA  
PO Box 7547  
Columbia, SC 29202

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No.: 15-03262-dd** |
| **Corey L. Bryant** ) | **Chapter 13** |
| **Vernetta Favor Bryant** ) | |
| ) | **Declaration Concerning** |
| ) | **Debtor's Schedules** |
| **Debtor,** ) | |
| _____ ) | |

    I declare that I have read the foregoing amended schedules, and it is true and correct to the best of my knowledge, information, and belief.

Date: March 24, 2017       /s/ Corey L. Bryant
                                                  Debtor

                                                  /s/ Vernetta Favor Bryant
                                                  Joint Debtor

```
Label Matrix for local noticing            Capital One Auto Finance, a division of Capi   Educational Credit Management Corporation
0420-3                                     c/o Ascension Capital Group                    P.O. Box 16408
Case 15-03262-dd                           P.O. Box 201347                                St. Paul, MN 55116-0408
District of South Carolina                 Arlington, TX 76006-1347
Columbia
Fri Mar 24 12:15:01 EDT 2017

Richland County Treasury                   South Carolina Department of Employment and    U.S. BANK NATIONAL ASSOCIATION
P O Box 11947                              R. E. David Building                           14841 Dallas Parkway, Suite 300
Columbia, SC 29211-1947                    P.O. Box 8597                                  Dallas, TX 75254-7883
                                           Columbia, SC 29202-8597


J. Bratton Davis United States             ASHLEY FORD                                    ASHRO/SWISS COLONY
Bankruptcy Courthouse                      332 WHITE GABLES DRIVE                         1515 S. 21ST STREET
1100 Laurel Street                         Columbia SC 29229-7160                         Clinton IA 52732-6676
Columbia, SC 29201-2423


ATTORNEY GENERAL OF UNITED STATES          AUTOMONEY, INC.                                American InfoSource LP as agent for
950 PENNSYLVANIA, NW                       10305 TWO NOTCH ROAD                           Verizon
Washington DC 20530-0009                   Columbia SC 29229-4396                         PO Box 248838
                                                                                          Oklahoma City, OK  73124-8838


Ashley Funding Services, LLC its successors   Ashro Lifestyle                             Atlas Acquisitions LLC
assigns as assignee of Laboratory             c/o Creditors Bankruptcy Service            294 Union St.
Corporation of America Holdings               P.O. Box 800849                             Hackensack, NJ 07601-4303
Resurgent Capital Services                    Dallas, TX 75380-0849
PO Box 10587
Greenville, SC 29603-0587

AutoMoney, Inc of Two Notch #2             BellSouth Telecommunications, Inc.             CAPITAL ONE AUTO FINANCE
450 Meeting Street                         % AT&T Services, Inc                           PO BOX 259407
Charleston, SC 29403-5522                  Karen A. Cavagnaro - Lead Paralegal            Plano TX 75025-9407
                                           One AT&T Way, Room 3A104
                                           Bedminster, NJ 07921-2693

CAPITAL ONE BANK                           CHILD SUPPORT ENFORCEMENT DIVISON              (p)PROFESSIONAL RECOVERY CONSULTANTS INC
PO BOX 30281                               BANKRUPTCY REPORTING CONTACT                   2700 MERIDIAN PARKWAY
Salt Lake City UT 84130-0281               PO BOX 1469                                    SUITE 200
                                           COLUMBIA SC 29202-1469                         DURHAM NC 27713-2450


Capital One Auto Finance                   ECMC                                           EDUCATION CREDIT MANAGEMENT
c/o Ascension Capital Group                PO Box 16408                                   1 IMATION PLACE
P.O. Box 201347                            St Paul MN  55116-0408                         Saint Paul MN 55128-3422
Arlington, TX 76006-1347


FIRST PREMIER BANK                         IRS                                            KAY JEWELERS
601 S. MINNESOTA AVE                       PO BOX 7346                                    375 GHENT ROAD
Sioux Falls SD 57104-4868                  Philadelphia PA 19101-7346                     Akron OH 44333-4600


MERCHANTS ADJ SERVICE                      MIDLAND FUNDING                                Midland Credit Management, Inc as agent for
PO BOX 7511                                8875 AERO DRIVE                                Midland Funding LLC
Mobile AL 36670-0511                       STE 200                                        PO Box 2011
                                           San Diego CA 92123-2255                        Warren, MI 48090-2011
```

| | | |
|---|---|---|
| NORTHWEST COLLECTORS<br>3601 ALGONQUIN ROAD<br>STE 232<br>Rolling Meadows IL 60008-3143 | PARAGON REVENUE GROUP<br>PO BOX 127<br>Concord NC 28026-0127 | PARAMOUNT CAPITAL GROUP<br>300 CONSHOHOCKEN STATE<br>STE 240<br>Conshohocken PA 19428-3801 |
| PINNACLE CREDIT SERVICES<br>PO BOX 640<br>Hopkins MN 55343-0640 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| RECEIVABLES MANAGEMENT CORP<br>1601 SHOP ROAD STE D<br>Columbia SC 29201-4855 | RICHLAND COUNTY<br>PO BOX 11947<br>Columbia SC 29211-1947 | RICHLAND COUNTY FAMILY COURT<br>PO BOX 192<br>Columbia SC 29202-0192 |
| S.C. Student Loan Corp<br>P.O Box 102425<br>Columbia, SC 29224-2425 | SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211-2265 | SC STATE HOUSING FINANCE<br>PO BOX 2326<br>Columbia SC 29202-2326 |
| (p)SC STUDENT LOAN CORP<br>PO BOX 102423<br>COLUMBIA SC 29224-2423 | SOUTHERN AUTOMOTIVE FINANCE<br>1201 W. CYPRESS CREEK ROAD<br>STE 200<br>Fort Lauderdale FL 33309-1910 | SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PKWY<br>Suite 1100<br>Carrollton TX 75007-1958 |
| (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 | Southern Auto Finance Company<br>6700 N. Andrews Ave, Ste 500<br>Ft. Lauderdale, FL 33309-2199 | THE CBE GROUP<br>PO BOX 126<br>Waterloo IA 50704-0126 |
| THE HUGGINS LAW FIRM, PA<br>PO BOX 7547<br>Columbia SC 29202-7547 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 |
| UNIVERSITY OF PHOENIX<br>4615 E. ELWOOD STREET<br>Phoenix AZ 85040-1908 | US ATTORNEY'S OFFICE<br>ATTN: DOUG BARNETT<br>1441 MAIN STREET<br>SUITE 500<br>Columbia SC 29201-2862 | US BANK HOME MORTGAGE<br>4801 FREDERICA STREET<br>Owensboro KY 42301-7441 |
| VERIZON WIRELESS<br>PO BOX 26055<br>Minneapolis MN 55426-0055 | Wells Fargo Bank, N.A<br>P.O. Box 45038 MAC Z3057012<br>Jacksonville, FL 32232-5038 | Corey L. Bryant<br>1013 Camp Creek Court<br>Elgin, SC 29045-9125 |
| J. Steven Huggins<br>The Huggins Law Firm, PA<br>PO Box 7547<br>Columbia, SC 29202-7547 | Pamela Simmons-Beasley<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 |

Vernetta Favor Bryant
1013 Camp Creek Court
Elgin, SC 29045-9125

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CREDIT FINANCIAL SERVICE<br>3800 GUESS ROAD<br>Durham NC 27705 | PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD<br>STE 100<br>Norfolk VA 23502 | SC STUDENT LOAN CORP<br>PO BOX 21487<br>Columbia SC 29221 |
| South Carolina Electric & Gas SCE&G<br>220 Operation Way, Mail Code C222<br>Cayce, SC 29033 | U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage<br>A Division of US Bank NA<br>4801 Frederica St<br>Owensboro, KY 42301 | End of Label Matrix<br>Mailable recipients    60<br>Bypassed recipients     0<br>Total                  60 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Corey L. Bryant** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Vernetta Favor Bryant** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | |
| Case number (if known) | 15-03262 | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **ASHLEY FORD** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **332 WHITE GABLES DRIVE** | When was the debt incurred? _____ | | | |
| | **Columbia, SC 29229** | | | | |
| | Number Street City State ZIp Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☐ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ■ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ■ Domestic support obligations | | | |
| | ☐ Check if this claim is for a  community debt | ☐ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **NOTICE ONLY** | | | |

Debtor 1 **Corey L. Bryant**
Debtor 2 **Vernetta Favor Bryant**

Case number (if know) **15-03262**

---

**2.2** **CHILD SUPPORT ENFORCEMENT DIVISION**
Priority Creditor's Name
**BANKRUPTCY REPORTING CONTACT**
**PO BOX 1469**
**Columbia, SC 29202**
Number Street City State Zip Code

Last 4 digits of account number _____    $0.00    $0.00    $0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**NOTICE ONLY**

---

**2.3** **IRS**
Priority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number _____    $10,023.00    $10,023.00    $0.00

When was the debt incurred? **2012, 2013, 2014**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Unsecured Federal Income Taxes**

---

**2.4** **RICHLAND COUNTY FAMILY COURT**
Priority Creditor's Name
**PO BOX 192**
**Columbia, SC 29202**
Number Street City State Zip Code

Last 4 digits of account number _____    $0.00    $0.00    $0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**NOTICE ONLY**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Corey L. Bryant** | | |
| Debtor 2 | **Vernetta Favor Bryant** | Case number (if know) | **15-03262** |

| 2.5 | **SC DEPT OF REVENUE** | Last 4 digits of account number | $1,969.00 | $1,969.00 | $0.00 |

Priority Creditor's Name
**PO BOX 12265**
**Columbia, SC 29211**
Number Street City State ZIp Code

**When was the debt incurred?** **2012, 2013, 2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify     **Unsecured State Tax**

| 2.6 | **THE HUGGINS LAW FIRM, PA** | Last 4 digits of account number | $2,500.00 | $2,500.00 | $0.00 |

Priority Creditor's Name
**PO BOX 7547**
**Columbia, SC 29202**
Number Street City State ZIp Code

**When was the debt incurred?** **06/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify     **Wages, salaries, and commissions**
                     **ATTORNEY FEES**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Debtor 1 **Corey L. Bryant**
Debtor 2 **Vernetta Favor Bryant**                                   Case number (if know) **15-03262**

---

**4.1 ASHRO/SWISS COLONY**
Nonpriority Creditor's Name
**1515 S. 21ST STREET**
**Clinton, IA 52732**
Number Street City State Zip Code

Last 4 digits of account number **1679**      $311.00

When was the debt incurred? **10/2012**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CHARGE OFF**

---

**4.2 CAPITAL ONE AUTO FINANCE**
Nonpriority Creditor's Name
**PO BOX 259407**
**Plano, TX 75025**
Number Street City State Zip Code

Last 4 digits of account number **6155**      $3,219.00

When was the debt incurred? **02/2011**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Repossession Deficiency**

---

**4.3 CAPITAL ONE BANK**
Nonpriority Creditor's Name
**PO BOX 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Last 4 digits of account number **8819**      $899.00

When was the debt incurred? **08/2010**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CHARGE OFF**

---

| | | |
|---|---|---|
| Debtor 1 | **Corey L. Bryant** | |
| Debtor 2 | **Vernetta Favor Bryant** | Case number (if know) **15-03262** |

### 4.4 CREDIT FINANCIAL SERVICE
Nonpriority Creditor's Name
**3800 GUESS ROAD**
**Durham, NC 27705**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **1940**   $89.00
When was the debt incurred? **07/2011**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections - CENTA MEDICAL GROUP**

### 4.5 EDUCATION CREDIT MANAGEMENT
Nonpriority Creditor's Name
**1 IMATION PLACE**
**Saint Paul, MN 55128**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **6472**   $723.00
When was the debt incurred? **07/2012**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Collections - CHASE/JP MORGAN CHASE BANK**

### 4.6 FIRST PREMIER BANK
Nonpriority Creditor's Name
**601 S. MINNESOTA AVE**
**Sioux Falls, SD 57104**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **9401**   $442.00
When was the debt incurred? **05/2009**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **CHARGE OFF**

| Debtor 1 | **Corey L. Bryant** | | |
|---|---|---|---|
| Debtor 2 | **Vernetta Favor Bryant** | Case number (if know) | **15-03262** |

---

| 4.7 | **IRS** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **NOTICE ONLY**

---

| 4.8 | **IRS** | Last 4 digits of account number | $5,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State ZIp Code

**When was the debt incurred?**  **2009, 2011**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Unsecured Federal Income Taxes**

---

| 4.9 | **MERCHANTS ADJ SERVICE** | Last 4 digits of account number  **5598** | $92.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 7511**
**Mobile, AL 36670**
Number Street City State ZIp Code

**When was the debt incurred?**  **08/2013**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections - IMAGECARE**

---

| Debtor 1 | Corey L. Bryant | | |
|---|---|---|---|
| Debtor 2 | Vernetta Favor Bryant | Case number (if know) | 15-03262 |

### 4.10 MIDLAND FUNDING — $295.00

Nonpriority Creditor's Name
**8875 AERO DRIVE**
**STE 200**
**San Diego, CA 92123**
Number Street City State ZIp Code

**Last 4 digits of account number** 5324
**When was the debt incurred?** 09/2012

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collections - TMOBILE**

### 4.11 NORTHWEST COLLECTORS — $133.00

Nonpriority Creditor's Name
**3601 ALGONQUIN ROAD**
**STE 232**
**Rolling Meadows, IL 60008**
Number Street City State ZIp Code

**Last 4 digits of account number** 6949
**When was the debt incurred?** 03/2012

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collections - COLUMBIA ASC LLC**

### 4.12 PARAGON REVENUE GROUP — $361.00

Nonpriority Creditor's Name
**PO BOX 127**
**Concord, NC 28026**
Number Street City State ZIp Code

**Last 4 digits of account number** 2399
**When was the debt incurred?** 11/2011

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collections**

Debtor 1 **Corey L. Bryant**
Debtor 2 **Vernetta Favor Bryant**                                                    Case number (if know) **15-03262**

---

**4.13**

**PARAMOUNT CAPITAL GROUP**                Last 4 digits of account number  **15**                                      **$2,275.00**
Nonpriority Creditor's Name
**300 CONSHOHOCKEN STATE STE 240**         When was the debt incurred?  **07/2007**
**Conshohocken, PA 19428**
Number Street City State ZIp Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only                           ☐ Contingent
- ☐ Debtor 2 only                           ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only              ☐ Disputed
- ☐ At least one of the debtors and another **Type of NONPRIORITY unsecured claim:**
- ☐ Check if this claim is for a community  ■ Student loans
     debt                                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
- ■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                     ☐ Other. Specify _____
                                                              **Student Loan**

---

**4.14**

**PINNACLE CREDIT SERVICES**                Last 4 digits of account number  **MZ1**                                     **$1,107.00**
Nonpriority Creditor's Name
**PO BOX 640**                              When was the debt incurred?  **06/2012**
**Hopkins, MN 55343**
Number Street City State ZIp Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only                           ☐ Contingent
- ☐ Debtor 2 only                           ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only              ☐ Disputed
- ☐ At least one of the debtors and another **Type of NONPRIORITY unsecured claim:**
- ☐ Check if this claim is for a community  ☐ Student loans
     debt                                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
- ■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                     ■ Other. Specify  **Collections - FIRST BANK OF DELAWARE**

---

**4.15**

**RECEIVABLES MANAGEMENT CORP**             Last 4 digits of account number  **4927**                                    **$35.00**
Nonpriority Creditor's Name
**1601 SHOP ROAD STE D**                    When was the debt incurred?  **09/2014**
**Columbia, SC 29201**
Number Street City State ZIp Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only                           ☐ Contingent
- ☐ Debtor 2 only                           ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only              ☐ Disputed
- ☐ At least one of the debtors and another **Type of NONPRIORITY unsecured claim:**
- ☐ Check if this claim is for a community  ☐ Student loans
     debt                                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
- ■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                     ■ Other. Specify  **Medical Collections - CAROLINAS DERMATOLOGY**

---

| | |
|---|---|
| Debtor 1 | **Corey L. Bryant** |
| Debtor 2 | **Vernetta Favor Bryant** |

Case number (if know)  **15-03262**

---

### 4.16  RICHLAND COUNTY
Nonpriority Creditor's Name
**PO BOX 11947**
**Columbia, SC 29211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **NOTICE ONLY**

---

### 4.17  SC DEPT OF REVENUE
Nonpriority Creditor's Name
**PO BOX 12265**
**Columbia, SC 29211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **NOTICE ONLY**

---

### 4.18  SC DEPT OF SOCIAL SERVICES
Nonpriority Creditor's Name
**1535 CONFEDERATE AVENUE EXT.**
**PO BOX 1520**
**Columbia, SC 29202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  **6429**      **$1,041.00**

**When was the debt incurred?**  **2013**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **OVERPAYMENT**

---

Debtor 1  **Corey L. Bryant**
Debtor 2  **Vernetta Favor Bryant**                                                    Case number (if know)   **15-03262**

---

### 4.19  SC STUDENT LOAN CORP
Nonpriority Creditor's Name
**PO BOX 21487**
**Columbia, SC 29221**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **6326**                              **$614.00**

When was the debt incurred?  **02/2005**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Student Loan**

---

### 4.20  SC STUDENT LOAN CORP
Nonpriority Creditor's Name
**PO BOX 21487**
**Columbia, SC 29221**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **6326**                              **$1,745.00**

When was the debt incurred?  **09/2006**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Student Loan**

---

### 4.21  SOUTHWEST CREDIT SYSTEMS
Nonpriority Creditor's Name
**4120 INTERNATIONAL PKWY #1100**
**Carrollton, TX 75007**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **1084**                              **$265.00**

When was the debt incurred?  **10/2014**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collections - TIME WARNER**

---

| Debtor 1 | **Corey L. Bryant** | | |
|---|---|---|---|
| Debtor 2 | **Vernetta Favor Bryant** | Case number (if know) | **15-03262** |

### 4.2.2  THE CBE GROUP

Nonpriority Creditor's Name
**PO BOX 126**
**Waterloo, IA 50704**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **3234**           $688.00

When was the debt incurred? **06/2014**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collections - DIRECTV QUAD**

---

### 4.2.3  UNIVERSITY OF PHOENIX

Nonpriority Creditor's Name
**4615 E. ELWOOD STREET**
**Phoenix, AZ 85040**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **2256**           $2,365.00

When was the debt incurred? **11/2010**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Student Loan**

---

### 4.2.4  VERIZON WIRELESS

Nonpriority Creditor's Name
**PO BOX 26055**
**Minneapolis, MN 55426**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **3510**           $1,451.00

When was the debt incurred? **06/2013**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Services**

---

### Part 3:  List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Debtor 1 | **Corey L. Bryant** | | |
|---|---|---|---|
| Debtor 2 | **Vernetta Favor Bryant** | Case number (if know) | **15-03262** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **ATTORNEY GENERAL OF UNITED STATES**<br>**950 PENNSYLVANIA, NW**<br>**Washington, DC 20530** | Line **4.7** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES**<br>**120 CORPORATE BLVD**<br>**STE 100**<br>**Norfolk, VA 23502** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8819** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **US ATTORNEY'S OFFICE**<br>**ATTN: DOUG BARNETT**<br>**1441 MAIN STREET**<br>**SUITE 500**<br>**Columbia, SC 29201** | Line **4.7** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 11,992.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 2,500.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 14,492.00 |
| | | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 7,722.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 15,428.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 23,150.00 |