**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Corey L. Bryant** | Social Security number or ITIN | xxx–xx–8061 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Vernetta Favor Bryant** | Social Security number or ITIN | xxx–xx–0638 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of South Carolina** | Date case filed in chapter **13** | 6/18/15 |
| Case number: | **15–03262–dd** | Date case converted to chapter **7** | 9/1/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Corey L. Bryant | Vernetta Favor Bryant |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1013 Camp Creek Court<br>Elgin, SC 29045 | 1013 Camp Creek Court<br>Elgin, SC 29045 |
| 4. | **Debtor's attorney**<br>Name and address | J. Steven Huggins<br>The Huggins Law Firm, PA<br>PO Box 7547<br>Columbia, SC 29202 | Contact phone 803–764–1558<br>Email: **None** |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert F. Anderson<br>P.O. Box 76<br>Columbia, SC 29202–0076 | Contact phone (803) 252–8600<br>Email: firm@andersonlawfirm.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse 1100 Laurel Street Columbia, SC 29201–2423 | Hours open 9:00 am – 5:00 pm Contact phone: 803–765–5436 Date: 9/1/17 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 29, 2017 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification required** *** | Location: **U.S. Trustee's Office, Room 557, Strom Thurmond Federal Building, 1835 Assembly Street, Columbia, SC 29201** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/28/17** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Dismissal Notice** | This case may be dismissed without further notice or hearing should the debtor fail to comply with SC LBR 1017–2 (providing for dismissal for a failure to: pay the applicable filing fee, file or provide documents, or attend the meeting of creditors). | |
| 14. | **Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |

United States Bankruptcy Court
District of South Carolina

In re:
Corey L. Bryant
Vernetta Favor Bryant
    Debtors

Case No. 15-03262-dd
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0420-3      User: weathers      Page 1 of 3      Date Rcvd: Sep 01, 2017
                 Form ID: b309a     Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
```
db/jdb         +Corey L. Bryant,    Vernetta Favor Bryant,    1013 Camp Creek Court,    Elgin, SC 29045-9125
aty            +Eugene B. McLeod, III,    SC Dept of Employment & Workforce,    PO Box 8597,
                 Columbia, SC 29202-8597
aty            +Kathleen M Muthig,    Finkel Law Firm LLC,    1201 Main Street,    Suite 1800,
                 Columbia, SC 29201-3294
aty            +Louise M. Johnson,    Scott & Corley, P.A.,    P.O. Box 2065,    Columbia, SC 29202-2065
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
542826967      +ASHRO/SWISS COLONY,    1515 S. 21ST STREET,    Clinton IA 52732-6676
542826968      +ATTORNEY GENERAL OF UNITED STATES,    950 PENNSYLVANIA, NW,    Washington DC 20530-0009
542849183      +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
542826970      +CAPITAL ONE AUTO FINANCE,    PO BOX 259407,    Plano TX 75025-9407
542848577      +CHILD SUPPORT ENFORCEMENT DIVISON,    BANKRUPTCY REPORTING CONTACT,    PO BOX 1469,
                 COLUMBIA SC 29202-1469
542826977      +MERCHANTS ADJ SERVICE,    PO BOX 7511,    Mobile AL 36670-0511
542826981      +PARAMOUNT CAPITAL GROUP,    300 CONSHOHOCKEN STATE,    STE 240,    Conshohocken PA 19428-3801
542826972     ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
               (address filed with court: CREDIT FINANCIAL SERVICE,    3800 GUESS ROAD,    Durham NC 27705)
542826986      +RICHLAND COUNTY FAMILY COURT,    PO BOX 192,    Columbia SC 29202-0192
543188223      +SC DEPT OF SOCIAL SERVICES,    1535 CONFEDERATE EXT.,    PO BOX 1520,    COLUMBIA SC 29202-1520
542826988      +SC STATE HOUSING FINANCE,    PO BOX 2326,    Columbia SC 29202-2326
542826989     ++SC STUDENT LOAN CORP,    PO BOX 102423,    COLUMBIA SC 29224-2423
               (address filed with court: SC STUDENT LOAN CORP,    PO BOX 21487,    Columbia SC 29221)
543226255      +SC State Housing Finance & Development Authority,    300-C Outlet Pointe Blvd,
                 Attn Mortgage Servicing,    Columbia, SC 29210-5652
542847777     ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
               (address filed with court: South Carolina Electric & Gas SCE&G,
                 220 Operation Way, Mail Code C222,    Cayce, SC 29033)
542826992      +THE CBE GROUP,    PO BOX 126,    Waterloo IA 50704-0126
542826993      +THE HUGGINS LAW FIRM, PA,    PO BOX 7547,    Columbia SC 29202-7547
542828327      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
542895065      +Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: steve@hugginslawsc.com Sep 01 2017 22:49:49      J. Steven Huggins,
                 The Huggins Law Firm, PA,    PO Box 7547,    Columbia, SC  29202
tr              EDI: QRFANDERSON.COM Sep 01 2017 22:38:00      Robert F. Anderson,    P.O. Box 76,
                 Columbia, SC  29202-0076
ust            +E-mail/Text: ustpregion04.co.ecf@usdoj.gov Sep 01 2017 22:50:10      US Trustee’s Office,
                 Strom Thurmond Federal Building,    1835 Assembly Street,    Suite 953,
                 Columbia, SC 29201-2448
cr             +EDI: AISACG.COM Sep 01 2017 22:38:00      Capital One Auto Finance, a division of Capital On,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              EDI: ECMC.COM Sep 01 2017 22:38:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN  55116-0408
cr             +E-mail/Text: rctbankruptcy@rcgov.us Sep 01 2017 22:50:33      Richland County Treasury,
                 P O Box 11947,    Columbia, SC 29211-1947
cr             +E-mail/Text: tmcleod@dew.sc.gov Sep 01 2017 22:50:21
                 South Carolina Department of Employment and Workfo,    R. E. David Building,    P.O. Box 8597,
                 Columbia, SC 29202-8597
intp            E-mail/Text: sheree_phipps@scb.uscourts.gov Sep 01 2017 22:50:38      US Bankruptcy Court,
                 Attn: Systems,    1100 Laurel Street,    Columbia, SC 29201-2423
542826969      +E-mail/Text: bankruptcy@jolinent.com Sep 01 2017 22:50:42      AUTOMONEY, INC.,
                 10305 TWO NOTCH ROAD,    Columbia SC 29229-4396
542868435       EDI: AIS.COM Sep 01 2017 22:43:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
542882023       EDI: RESURGENT.COM Sep 01 2017 22:43:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
542854801      +EDI: ATLASACQU.COM Sep 01 2017 22:38:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
542833787      +E-mail/Text: bankruptcy@jolinent.com Sep 01 2017 22:50:42      AutoMoney, Inc of Two Notch #2,
                 450 Meeting Street,    Charleston, SC 29403-5522
542895830      +EDI: ATTWIREBK.COM Sep 01 2017 22:38:00      BellSouth Telecommunications, Inc.,
                 % AT&T Services, Inc,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
542826971      +EDI: CAPITALONE.COM Sep 01 2017 22:38:00      CAPITAL ONE BANK,    PO BOX 30281,
                 Salt Lake City UT 84130-0281
542834002      +EDI: AISACG.COM Sep 01 2017 22:38:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
543164553       EDI: ECMC.COM Sep 01 2017 22:38:00      ECMC,    PO Box 16408,    St Paul MN  55116-0408
```

```
District/off: 0420-3          User: weathers              Page 2 of 3                   Date Rcvd: Sep 01, 2017
                              Form ID: b309a              Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
542826973     +EDI: ECMC.COM Sep 01 2017 22:38:00       EDUCATION CREDIT MANAGEMENT,    1 IMATION PLACE,
               Saint Paul MN 55128-3422
542826974     +EDI: AMINFOFP.COM Sep 01 2017 22:38:00       FIRST PREMIER BANK,    601 S. MINNESOTA AVE,
               Sioux Falls SD 57104-4868
542826975      EDI: IRS.COM Sep 01 2017 22:38:00       IRS,    PO BOX 7346,    Philadelphia PA 19101-7346
542826976     +E-mail/Text: ebnsterling@weltman.com Sep 01 2017 22:50:07       KAY JEWELERS,    375 GHENT ROAD,
               Akron OH 44333-4600
542826978     +EDI: MID8.COM Sep 01 2017 22:38:00       MIDLAND FUNDING,    8875 AERO DRIVE,    STE 200,
               San Diego CA 92123-2255
542837243     +EDI: MID8.COM Sep 01 2017 22:38:00       Midland Credit Management, Inc as agent for,
               Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
542826979     +E-mail/Text: clientservices@northwestcollectors.com Sep 01 2017 22:50:05
               NORTHWEST COLLECTORS,    3601 ALGONQUIN ROAD,    STE 232,    Rolling Meadows IL 60008-3143
542826980     +E-mail/Text: bkrnotice@prgmail.com Sep 01 2017 22:50:14       PARAGON REVENUE GROUP,    PO BOX 127,
               Concord NC 28026-0127
542826982     +EDI: RESURGENT.COM Sep 01 2017 22:43:00       PINNACLE CREDIT SERVICES,    PO BOX 640,
               Hopkins MN 55343-0640
542826983      EDI: PRA.COM Sep 01 2017 22:38:00       PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD,
               STE 100,    Norfolk VA 23502
542858326      EDI: Q3G.COM Sep 01 2017 22:38:00       Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
542826984     +E-mail/Text: bankruptcy@rmccollect.com Sep 01 2017 22:50:40       RECEIVABLES MANAGEMENT CORP,
               1601 SHOP ROAD STE D,    Columbia SC 29201-4855
542826985     +E-mail/Text: rctbankruptcy@rcgov.us Sep 01 2017 22:50:33       RICHLAND COUNTY,    PO BOX 11947,
               Columbia SC 29211-1947
542838299     +E-mail/Text: bankruptcy_notification@scstudentloan.org Sep 01 2017 22:50:40
               S.C. Student Loan Corp,    P.O Box 102425,    Columbia, SC 29224-2425
542826987     +E-mail/Text: bankruptcy@sctax.org Sep 01 2017 22:50:35       SC DEPT OF REVENUE,    PO BOX 12265,
               Columbia SC 29211-2265
542826990     +E-mail/Text: legal@gosafco.com Sep 01 2017 22:49:52       SOUTHERN AUTOMOTIVE FINANCE,
               1201 W. CYPRESS CREEK ROAD,    STE 200,    Fort Lauderdale FL 33309-1910
542826991     +EDI: SWCR.COM Sep 01 2017 22:38:00       SOUTHWEST CREDIT SYSTEMS,    4120 INTERNATIONAL PKWY,
               Suite 1100,    Carrollton TX 75007-1958
542827820     +E-mail/Text: legal@gosafco.com Sep 01 2017 22:49:52       Southern Auto Finance Company,
               6700 N. Andrews Ave, Ste 500,    Ft. Lauderdale, FL 33309-2199
542826994     +E-mail/Text: External.Collections@phoenix.edu Sep 01 2017 22:50:44       UNIVERSITY OF PHOENIX,
               4615 E. ELWOOD STREET,    Phoenix AZ 85040-1908
542826995     +E-mail/Text: USASC-Bankruptcy@usdoj.gov Sep 01 2017 22:50:42       US ATTORNEY'S OFFICE,
               ATTN: DOUG BARNETT,    1441 MAIN STREET,    SUITE 500,    Columbia SC 29201-2862
542900546      EDI: USBANKARS.COM Sep 01 2017 22:38:00       U.S. Bank National Association,
               c/o U.S. Bank Home Mortgage,    A Division of US Bank NA,    4801 Frederica St,
               Owensboro, KY 42301
542826996     +EDI: USBANKARS.COM Sep 01 2017 22:38:00       US BANK HOME MORTGAGE,    4801 FREDERICA STREET,
               Owensboro KY 42301-7441
542826997     +EDI: VERIZONWIRE.COM Sep 01 2017 22:38:00       VERIZON WIRELESS,    PO BOX 26055,
               Minneapolis MN 55426-0055
                                                                                               TOTAL: 40

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
542826966    ##+ASHLEY FORD,    332 WHITE GABLES DRIVE,    Columbia SC 29229-7160
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                    Signature:   /s/Joseph Speetjens

```
District/off: 0420-3          User: weathers              Page 3 of 3           Date Rcvd: Sep 01, 2017
                              Form ID: b309a              Total Noticed: 63
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:

```
          Eugene B. McLeod, III    on behalf of Creditor    South Carolina Department of Employment and
           Workforce tmcleod@dew.sc.gov, ecf@dew.sc.gov
          J. Steven Huggins    on behalf of Debtor Corey L. Bryant steve@hugginslawsc.com,
           attyhuggins@yahoo.com;r48494@notify.bestcase.com
          J. Steven Huggins    on behalf of Joint Debtor Vernetta Favor Bryant steve@hugginslawsc.com,
           attyhuggins@yahoo.com;r48494@notify.bestcase.com
          Joy S. Goodwin    on behalf of Trustee Joy S. Goodwin ecf@ch13trustee.net
          Kathleen M Muthig    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION kmuthig@finkellaw.com,
           bankruptcy@finkellaw.com
          Louise M. Johnson    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ceasiej@scottandcorley.com, bankruptcy@scottandcorley.com
          Pamela  Simmons-Beasley    on behalf of Trustee Pamela  Simmons-Beasley ecf@ch13trustee.net
          Pamela Simmons-Beasley    ecf@ch13trustee.net
          Robert F. Anderson    firm@andersonlawfirm.net, randerson@ecf.epiqsystems.com
          US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
          US Bankruptcy Court    mark_tyan@scb.uscourts.gov, Lisa_Huppertz@scb.uscourts.gov
                                                                                             TOTAL: 11
```